IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Alice McKenna<br>Plaintiff | * * * * | |
| v. | * * | CIVIL CASE NO. 8:11-cv-02264-RWT |
| Capital Management Services, LP<br>Defendant | * * * | JURY TRIAL DEMANDED |

\* \* \* \* \* \* \*

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF COMPLAINT

**COME NOW** the parties to this Complaint filed by the Plaintiff, by and through counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure and stipulate to the dismissal of the said complaint filed by the Plaintiff against the Defendant with prejudice, each party to pay their own costs and attorney fees.

Date: 5/21/12

/s/ Morgan W. Fisher
Morgan W. Fisher 28711
Attorney for Plaintiff

Date: 5/21/12

/s/ Ronald S. Canter
Signed by Ronald S. Canter with permission
of Morgan W. Fisher
Ronald s. Canter Bar #01024
Attorney for Defendant

"APPROVED" THIS 22nd DAY
of May, 2012

ROGER W. TITUS
UNITED STATES DISTRICT JUDGE